

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Leticia Miller Curtis,                    * From the 42nd District Court
                                            of Taylor County
                                            Trial Court No. 27606A.

Vs. No. 11-18-00209-CR                    * September 13, 2018

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Willson, J.,
                                            Bailey, J., and Wright, S.C.J., sitting
                                            by assignment)
                                            (Willson, J., not participating)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.